# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| STATE OF TEXAS | § |
| | § Civil Action No. 4:21-CV-421 |
| v. | § (Judge Mazzant/Judge Nowak) |
| | § |
| AHDU BAREMBY JACKSON | § |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On February 2, 2022, the report of the Magistrate Judge (Dkt. #11) was entered containing proposed findings of fact and recommendations that this cause be remanded *sua sponte*. Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is therefore **ORDERED** that this case is *sua sponte* **REMANDED** to the County Criminal Court 2 of Denton County, Texas, for further proceedings.

**IT IS SO ORDERED**.

SIGNED this 2nd day of March, 2022.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE